[No. 19279-9-II.    Division Two.    October 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH FRANCIS CASTELLANO, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00005-2, Karen B. Conoley, J., entered March 8, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Turner, J.

[No. 19308-6-II.    Division Two.    October 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN THOMAS MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-00192-6, Richard D. Hicks, J., entered March 2, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Turner, J.

[No. 19356-6-II.    Division Two.    October 25, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. COURTNEY EUGENE BARNES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00071-1, Robert L. Harris, J., entered March 10, 1995. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 19395-7-II.    Division Two.    October 25, 1996.]

JOHN G. ARAMBUL, *Appellant*, v. THE DEPARTMENT OF TRANSPORTATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-2-03934-8, Barbara D. Johnson, J., entered March 21, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Turner, J.